# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BAYVIEW LOAN SERVICING LLC

VERSUS

SEDRIC MORRIS WILSON AND
SEVETRI MONIQUE WILSON

NO.  2021 CW 0763

**OCTOBER 5, 2021**

---

In Re:  Sedric Morris Wilson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20200002076.

---

**BEFORE:  WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** Relator, Sedric Morris Wilson, appears to have violated Rule 4-5(C)(8), (9), and (10) of the Uniform Rules of Louisiana Courts of Appeal. Specifically, it failed to include a copy of the memorandum in support of his motion to withdraw matters deemed admitted, a copy of the opposition or a statement that that no opposing document was filed, and a copy of the pertinent trial court minutes. Further, a transcript of the proceeding at the trial court would reveal what if any evidence was introduced and the factors relied on by the trial court in reaching its decision. Due to these violations, it is impossible to rule on its merits.

Supplementation of this writ application and/or an application for rehearing will not be considered.  Rules 2-18.7 & 4-9, Uniform Rules of Louisiana Courts of Appeal.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal.  Any new application must be filed on or before October 12, 2021, and must contain a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT